O



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KONTOS, <br><br> Plaintiff, <br><br> vs. <br><br> UNTIED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. EDCV 13-1398-DDP (RNB) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendants' Motion to Dismiss with respect to plaintiff's Eighth Amendment claim against defendant Sterling is granted with leave to amend; (2) defendants' Motion to Dismiss with respect to plaintiff's Eighth Amendment claim against defendants Quinn and Ortiz is denied; (3) defendants Quinn and Ortiz shall file an Answer to the Second Amended

Complaint within thirty (30) days of the service date of this Order; and (4) if plaintiff still desires to pursue his Eighth Amendment claim against Mr. Sterling, he shall file a Third Amended Complaint remedying the deficiencies of that claim as discussed in the Report and Recommendation within thirty (30) days of the service date of this Order.

DATED: 10/13/15

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE