EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0460
Facsimile: (213) 894-7819
E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendants, United States of America,
Dr. Angel Ortiz and Dr. Ross Quinn

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ANTHONY KONTOS,

Plaintiff,

v.

UNITED STATES, *et al.*,

Defendants.

No. ED CV 13-1398 DDP (KES)

ORDER DISMISSING DEFENDANTS DR. ANGEL ORTIZ AND DR. ROSS QUINN

The parties having filed a Stipulation to Dismiss Defendants Dr. Angel Ortiz and Dr. Ross Quinn,

IT IS HEREBY ORDERED that Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

(1) Dr. Angel Ortiz is dismissed from this action with prejudice, with each party to bear its own costs and fees.

(2) Dr. Ross Quinn is dismissed from this action with prejudice, with each party to bear its own costs and fees.

(3) Plaintiff's Eighth Amendment Claim contained in Count II of the Third Amended Complaint (Docket #82) is dismissed with prejudice.

IT IS FURTHER ORDERED that these dismissals do not waive or effect any other claims raised in Plaintiff's Third Amended Complaint, including but not limited to all claims under the Federal Tort Claims Act, 28 U.S.C. §§1345(b), *et seq.*

DATED: January 18, 2017

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE